IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-02314-BNB

LEON H. ASKEW,

    Applicant,

v.

KEN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This case was dismissed in an order filed on January 11, 2007. Therefore, the letter submitted by Applicant and filed with the Court on January 18, 2007, is DENIED as moot.

Dated: January 19, 2007

Copies of this Minute Order mailed on January 19, 2007, to the following:

Leon H. Askew
Reg. No. 110616
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk